Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

# UNITED STATES DISTRICT COURT
for the
Central District of California
_Eastern_ Division

WADE

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

CENTRAL DISTRICT OF, CA

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)



Case No. EDCV20-00256 JGB
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes   ☐ No

(SPx)



TRO
IFP

## COMPLAINT FOR THE CONVERSION OF PROPERTY
(28 U.S.C. § 1332; Diversity of Citizenship)

I.   **The Parties to This Complaint**

  A.   **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  | | |
  |---|---|
  | Name | DEVIN WADE |
  | Street Address | 14705 PRAIRIE SMOKE RD |
  | City and County | CORONA, RIVERSIDE |
  | State and Zip Code | CA 92880 |
  | Telephone Number | 909-306-4164 |
  | E-mail Address | WADEDEVIN88@YAHOO.COM |

  B.   **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

Defendant No. 1
- Name: RIVERSIDE COUNTY SHERIFF DEPT
- Job or Title *(if known)*: PEACE OFFICER
- Street Address: 4095 Lemon St
- City and County: Riverside, Riverside
- State and Zip Code: Ca, 92501
- Telephone Number: (951) 955-2400
- E-mail Address *(if known)*:

Defendant No. 2
- Name: SAN BERNARDINO COUNTY SHERIFF DEPT
- Job or Title *(if known)*: PEACE OFFICER
- Street Address: 655 E 3rd St
- City and County: San Bernardino, San Bernardino
- State and Zip Code: CA, 92415
- Telephone Number: (909) 884-0156
- E-mail Address *(if known)*:

Defendant No. 3
- Name: ORANGE COUNTY SHERIFF DEPT
- Job or Title *(if known)*: PEACE OFFICER
- Street Address: 550 N Flower St
- City and County: Santa Ana, Orange
- State and Zip Code: Ca, 92703
- Telephone Number: (714) 647-7000
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, *(name)* WADE , is a citizen of the State of *(name)* CALIFORNIA .

2. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

    The defendant, *(name)* CENTRAL DISTRICT OF, CA , is incorporated under the laws of the State of *(name)* CALIFORNIA , and has its principal place of business in the State of *(name)* SHERIFF DEPT . Or is incorporated under the laws of *(foreign nation)* UNITED STATES , and has its principal place of business in *(name)* CENTRAL CALIFORNIA .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

Page 3 of 5

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

15,000,000.00

## III. Statement of Claim

A. Describe the property that you own that is the subject of this complaint, including its value.
DNA, RIGHT TO LIFE

B. How and when did you come to own the property?
Article 18 U.S. Code § 1506 Theft or alteration of record or process on 03/12/2019, Case No. 1608923

C. How and when did the defendant(s) obtain possession of the property? Describe with particularity the actions the defendant(s) took to convert the property.
Article 18 U.S. Code § 1506 Theft or alteration of record or process, Defendant forced on 03/12/2019, Case No. 1608923: Defendant / San Bernardino Sheriff Dept used Excessive force while obstructing justice against a denied affidavit and stole DNA from plaintiff against law.

D. *(If the defendant(s) rightfully came into possession of the property):* Describe how and when you notified the defendant(s) that the property belonged to you. Describe how and when you demanded that the defendant(s) deliver or return the property, and what response you received from the defendant(s). Attach a copy of any written correspondence with the defendant(s), if such copies exist.
03/12/2019, Case No. 1608923 San Bernardino Sheriff Dept obstructed Justice against Article 18 U.S. Code § 1506 Theft or alteration of record or process
each Defendant PC 236 False Imprisonment, 18 § 15[06-13]   Obstruction of Justice
18 U.S. Code CHAPTER 96— RACKETEER INFLUENCED AND CORRUPT § 1961(1)(b)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

DEMAND UPHELD, plaintiff life has been deprived, background / criminal record scarred and difficult to perform in trade yielding his experience due to background.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/7/2020

Signature of Plaintiff: Devin Wade

Printed Name of Plaintiff:

### B. For Attorneys

Date of signing: 

Signature of Attorney:

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Street Address:

State and Zip Code:

Telephone Number:

E-mail Address:

Warrant Number: RASW190571

# SUPERIOR COURT OF CALIFORNIA
# County of San Bernardino

## SEARCH WARRANT
### (BUCCAL SWAB OR BLOOD SAMPLE)

FILED
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
RANCHO CUCAMONGA DISTRICT
MAR 12 2019


BY SANDRA PORTILLO, DEPUTY

**THE PEOPLE OF THE STATE OF CALIFORNIA:**
To any Peace Officer in the County of San Bernardino

**ORDER:** Proof, by affidavit, under penalty of perjury, having been this day made before me by **Detective C. Randall** of the Chino Police Department, that there is probable cause for believing that the property described herein may be found at the location set forth herein and that it is lawfully seizable pursuant to Penal Code Section 1524 as indicated below by "X"(s) in that:

- ☐ It was stolen or embezzled.
- ☐ It was used as the means of committing a felony.
- ☐ It is possessed by a person with the intent to use it as means of committing a public offense or possessed by another to whom he or she may have delivered it for the purpose of concealing or preventing its discovery.
- ☒ It tends to show that a felony has been committed, or tends to show that a particular person has committed a felony.
- ☐ There is a warrant to arrest the person.

**YOU ARE THEREFORE COMMANDED TO SEARCH:**

| PERSON TO BE SEARCHED | | | | | |
|---|---|---|---|---|---|
| Name: Devin Kyle Wade | | | | | DOB: 07/20/1988 |
| Sex: M | Race: B | Height: 5-9 | Weight: 155 | Hair: BLACK | Eyes: BROWN |
| Driver's License: D6866669 | | State: CA | CII: 27847022 | | FBI: 678296NC4 |
| Registered Address: 14705 Prairie Smoke Road, Eastvale CA 92880 | | | | | |
| Scars/Marks/Tattoos: Rose on left bicep | | | | | |

**FOR THE FOLLOWING PROPERTY:**
Saliva and/or blood sample for reference sample in DNA testing.

**AND THE COURT AUTHORIZES TO SEIZE IT AND OBTAIN AN ORAL "BUCCAL SWAB" OR BLOOD SAMPLE IN A MEDICALLY APPROVED MANNER WITH REASONABLE FORCE IF PARTY WILL NOT COMPLY WITH A VOLUNTARY SAMPLE** to this search warrant and bring it / them forthwith before me, or this court, at the courthouse of this court. This Search Warrant and Affidavit and attached and incorporated Statement of Probable Cause were sworn to as true and subscribed before me on this 12 TH day of MARCH, 2019, at 2:31 A.M. (P.M.) Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it. NIGHT SERVICE REQUESTED: ☒ YES  ☐ NO

Night service denied.

3-12-19
**Date and Time Warrant Issued**

**Judge of the San Bernardino County Superior Court State of California**
APOLOO.

Revised 10-31-2016                Search Warrant                Chino Case #: CH16-08923

| Booking No. | San Bernardino County Sheriff's Department | DR/Case No. |
|---|---|---|
| Date/Time Booked | | Arresting Agency |
| SSN | **ARREST/BOOKING APPLICATION** | Date of Arrest |
| DL/ID No. _____ State _____ | | Time of Arrest |

| Name: Last | First | Middle | Aka or Maiden Name |
|---|---|---|---|

| Sex | DOB | Age | Ht | Wt | Hair | Eyes | Race | Place of Birth | Country of Citizenship |
|---|---|---|---|---|---|---|---|---|---|

Arrested with: | Associated DR#:

| Address: No. and Street | City | State | Zip | Phone – Home & Cell |
|---|---|---|---|---|

| Spouse/Domestic Partner | Home Phone | Cell Phone |
|---|---|---|

| Employer: | Employer Address | Employer Phone | Type of Job |
|---|---|---|---|

Clothing Description
B*** HAT / B*** ****** *****

| Are you out on Bail? ☐ Yes ☒ No | Name of Parole or Probation Officer | PO's Office/Address | PO's Phone |
|---|---|---|---|
| OR Release? ☐ Yes ☒ No | | | |

| Place of Arrest | Location of Vehicle |
|---|---|

| License No. of vehicle | Make | Model | Color |
|---|---|---|---|

**BOOKING CHARGES**

ARREST TYPE:   S = On Site   W = Warrant   H = Hold   C = Citizen   O = Other

| Type | Charges | M/F | Definition | Court | Warrant # | Bail |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Other Agency hold (O/C, FUG, INS, etc.) | Agency/Jurisdiction | Code Section | Warrant No. |
|---|---|---|---|

| Any injuries or illnesses? ☐ Yes ☒ No | Any required medications? ☐ Yes ☒ No | If yes to either, explain on Medical Screening/Receiving form |
|---|---|---|
| Medical Examination Prior to Booking? ☐ Yes ☒ No | Hospital where treated | If yes, attach Hospital/Clinic Referral |
| Fought with Law Enforcement? ☐ Yes ☒ No | Fought with other than Law Enforcement? ☐ Yes ☒ No | Use of Force ☐ LVNR ☐ Taser ☐ OC ☐ ASP Time: ___ |
| | | Rendered unconscious? ☐ Yes ☐ No |

Special Instructions and Mandatory Information

**Emergency Notification**

| Name/Relationship | Home & Cell Phone |
|---|---|
| Address | |
| Name/Relationship | Home & Cell Phone |
| Address | |
| Amount of Money | $ |
| Arresting/Transporting Officer signature | |
| Additional Comments | |
| Arresting Officer | |
| Transporting Officer | |
| Agency | |
| 24-hour Agency or Investigating Officer Contact Phone No. (Required for all arrests re:High Profile release notification) | |
| Marsy's Law Notification / Agency | Agency & 24 hr Phone # |
| Agency Contact Time and Date | Who was contacted? | By whom: |

**TATTOOS/SCARS:**
DESCRIPTION (indicate any gang tattoos)

| CHEST | |
| BACK | |
| NECK | |
| HEAD | |
| FACE | |
| R ARM | |
| L ARM | |
| R LEG | |
| L LEG | |
| BIRTHMARK | |
| OTHER | |

EUNICE M. ULLOA
Mayor

TOM HAUGHEY
Mayor Pro Tem



MARK HARGROVE
MARC LUCIO
PAUL A. RODRIGUEZ Ed.D.
Council Members

MATTHEW C. BALLANTYNE
City Manager

## CITY of CHINO

April 25, 2019

DEVIN KYLE WADE
14705 PRAIRIE SMOKE
EASTVALE, CA 92880

**RE: CERTIFICATE OF DETENTION**
**CHINO POLICE DEPARTMENT CASE #:**1608923
**DATE OF ARREST:** 3/12/19
**CHARGE:** PC 459

Per Penal Code Section 851.6, which states that in any case in which a person is arrested and released and no accusatory pleading is filed charging him/her with an offense, the person shall be issued a certificate by the law enforcement agency which arrested him/her describing the action as a detention.

The purpose of this correspondence is to notify you that the arrest indicated above has no longer been deemed an arrest but a detention only. No accusatory pleading was filed by the San Bernardino County District Attorney's Office.

No further action on your part is required at this time. Keep this notice for your records.

KAREN C COMSTOCK
CHIEF OF POLICE
CHINO POLICE DEPARTMENT

13220 Central Avenue, Chino, California 91710

9/3/2019

Wade, Devin (276055549:85573671)
14705, Prairie Smoke Road
Corona, CA 92880

Dear Devin,

This letter is to inform you that an offer of employment, a continuation of current employment or the granting of a promotion will not be made at this time. This decision was based, either in whole or in part, on information provided to us in a consumer report.

You authorized the procurement of this report as part of your application process with Corona - NATL - Manpower. This was prepared for us by a consumer reporting agency. The consumer reporting agency did not make the decision whether or not to make an offer to you. If you have any questions about the report or wish to dispute its accuracy or completeness please contact the consumer reporting agency listed below within 60 days.

SterlingTalent Solutions
4511 Rockside Rd.
4th Floor
Independence, OH 44131
Phone: 888.889.5248
Email: dispute.resolution@sterlingts.com

Web: www.sterlingcheck.com

Sincerely yours,

Nunez Crystal

Case 5:20-cv-00256-JGB-SP   Document 1   Filed 02/07/20   Page 10 of 13   Page ID #:10

1/21/2020                        Yahoo Mail - RE: Terrorism & Government taking Life of Devin Wade | government Impeding a supremacy on the nation

RE: Terrorism & Government taking Life of Devin Wade | government Impeding a supremacy on the nation

From:   CRCL (crcl@hq.dhs.gov)

To:     wadedevin88@yahoo.com

Cc:     crcl@hq.dhs.gov

Date:   Monday, December 16, 2019, 11:28 AM PST


Thank you for contacting the U.S. Department of Homeland Security's (DHS) Office for Civil Rights and Civil Liberties (CRCL).  Under 6 U.S.C. § 345 and 42 U.S.C. § 2000ee-1, this Office is responsible for reviewing and assessing information concerning abuses of civil rights, civil liberties, and profiling on the basis of race, ethnicity, or religion by employees and officials of DHS.


After reviewing your information, we have determined that CRCL does not have jurisdiction over your concerns.  You may wish to contact the Internet Crime Complaint Center (IC3), which is a partnership between the Federal Bureau of Investigation (FBI) and the National White Collar Crime Center (NW3C).  Their web site is located at http://www.ic3.gov/default.aspx. We can only add that you may wish to contact a private attorney.


Thank you again for contacting the Office for Civil Rights and Civil Liberties.


Sincerely,


Office for Civil Rights and Civil Liberties

U.S. Department of Homeland Security


**From:** wadedevin88@yahoo.com <wadedevin88@yahoo.com>
**Sent:** Monday, December 16, 2019 2:13 PM
**To:** OCRMail@hhs.gov; socr_direct@state.gov; CRCL <CRCL@HQ.DHS.GOV>; askOCR@ojp.usdoj.gov
**Subject:** Re: Terrorism & Government taking Life of Devin Wade | government Impeding a supremacy on the nation


On Dec 13, 2019 8:15 PM, wadedevin88@yahoo.com wrote:

> This is currently going on, the government is in the middle of taking the life of Devin Wade after making a fbi crime complaint at www.ic3.gov/default.aspx with fbi Ic3 Internet crime complaint. It's been well over 260 weeks since making the first complaint with Fbi of being hacked by various dept of government listed within each complaint report and his domain name intellectual property being high-jacked, him locked out his accounts after contacting these organizations and now a complaint report every day of his life being swarmed by government hackers destroying his web development designs, corporate templates and ip addresses redirected or being locked out of his email accounts, and storing to his computer bios against the 3rd, 4th and 5th amendment.

Case 5:20-cv-00256-JGB-SP   Document 1   Filed 02/07/20   Page 11 of 13   Page ID #:11

1/21/2020　　　　Yahoo Mail - RE: Terrorism & Government taking Life of Devin Wade | government Impeding a supremacy on the nation

After making a complaint report does not constitute a government official being able to break into his computer system, nor suppress his life by attacking him. there are over 100 complaint reports on this issue with supreme court not filing prosecution on this government. This is nothing more then a mere supremacy, using the constitution as tissue paper, profiteering off the peoples tax dollars and not upholding laws equally in Americas favor. Where the government can take lives and evade prosecution..

SUPREMACY. NOTHING ELSE!

260 weeks of a government agency attempting to take my life

### Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

After making FBI ic3.gov complaint reports & USA.gov reports w/ DOD, DOJ, FBI, NSA, Trump & Obama Administration, Kamala Harris, & Fbi Terrorism Taskforces seems like FBI & DOJ silenced police reports and decideded to take my life, servicing terrorism hanging over a mans life destroying it anyway they can from Local PD & Wrongful & Illegal Arrests to illegal wiretaps{Unwarranted}[4th +5th amendment obliges would not be able to provide warrant for wiretaps / wire hacks / illegal bypass vulnerabilities ] , offline hacking, Cyber Stalking And Hacking Sites Through the backend of his CPU while stored to his Pc Memory ] just for making a making complaint report with DOD / DOJ / FBI name in it, his demography / skin tone and government fictitious hierarchy .

Which of the following were used in this incident? (Check all that apply.)
☐ Spoofed Email
☐ Similar Domain
☐ Email Intrusion
☐ Other     Please specify:

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

### Information About The Subject(s) Who Victimized You

Name: Devin Wade
Business Name:
Address:
Address (continued):
Suite/Apt./Mail Stop:
City:
Country: [None]
State: [None]
Zip Code/Route:
Phone Number:
Email Address:
Website:
IP Address:



**Complaint Referral Form
Internet Crime Complaint Center**

### Victim Information

Name: Devin Wade
Are you reporting on behalf of a business? No
Business Name:
Is the incident currently impacting business [None]
operations?
Age: 30 - 39
Address: 14705 prairie smoke rd
Address (continued):
Suite/Apt./Mail Stop:
City: Eastvale
County: CA
Country: United States of America
State: California
Zip Code/Route: 92880
Phone Number: 9093064164
Email Address: Wadedevin88@yahoo.com
Business IT POC, if applicable:
Other Business POC, if applicable:

### Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

Still this government makes assassination attempts at my life after making a www.ic3.gov and www.usa.gov complaint report. These investigators are illegally clinging to my devices to take continues assassination attempts at my life.
This government has put the victim of a crime under illegal surveillance for over 4 years with government officials continuously taking assassination attempts at my life.

Which of the following were used in this incident? (Check all that apply.)
☐ Spoofed Email
☐ Similar Domain
☐ Email Intrusion
☐ Other    Please specify:

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

### Information About The Subject(s) Who Victimized You

Name: Devin Wade